```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION
```

F & W LAWN CARE AND
LANDSCAPING, INC., an
Illinois corporation,

        Plaintiff and Counter
        Defendant,

v.                           Case No:  2:23-cv-549-JES-KCD

ROBERT A. COZART,

        Defendant and Counter
        Claimant.

_____

**OPINION AND ORDER**

    This matter comes before the Court on Defendant Robert A. Cozart's Rule 59(e) Motion to Reconsider (Doc. #89.)  Also before the Court is Defendant's Response in Opposition (Doc. #92) to Plaintiff's Motion for Sanctions (Doc. #78.)

    The Eleventh Circuit recently clarified that "Rules 59(e) and 60(b) only come into play after a final, appealable judgment is entered." Hornady v. Outokumpu Stainless USA, LLC, 118 F.4th 1367, 1379 (11th Cir. 2024) (citing Toole v. Baxter Healthcare Corp., 235 F.3d 1307, 1315 (11th Cir. 2000) ("an interlocutory order . . . is not subject to . . . Rule 59"); Region 8 Forest Serv. Timber Purchasers Council v. Alcock, 993 F.2d 800, 806 n.5 (11th Cir. 1993) ("A motion for reconsideration made after final judgment falls within the ambit of either Rule 59(e) . . . or Rule 60(b)")).

See also Hertz Corp. v. Alamo Rent-A-Car, Inc., 16 F.3d 1126, 1132 (11th Cir. 1994) ("Rule 59(e) remain[s] dormant . . . until a final judgment has been entered."); id. at 1133 ("Rule 59(e) . . . can be activated only by entry of [final] judgment").

The Court's Opinion and Order (Doc. #82) granting Plaintiff's Motion for Judgment on the Pleadings (Doc. #75), and dismissing Defendant's Amended Counterclaim (Doc. #65) was an interlocutory order.  See (Doc. #82, p. 12) (directing the clerk to "withhold entry of judgment . . . pursuant to Fed. R. Civ. P. 54(b)") (emphasis removed).  Thus, Rule 59(e) "do[es] not apply." Hornady, 118 F.4th at 1379.  Therefore, Defendant's Rule 59(e) Motion to Reconsider (Doc. #89) is **DENIED**.

On a separate note, Defendant has filed a Response in Opposition (Doc. #92) to Plaintiff's Motion for Sanctions (Doc. #78).  However, the Response appears to be an unedited version in which comments, some of which discuss the Response's strengths and weaknesses, have not been removed.  The Court therefore **DIRECTS** the Clerk to **STRIKE** Defendant's Response.

Accordingly, it is now

**ORDERED**:

1. Defendant Robert A. Cozart's Rule 59(e) Motion to Reconsider (Doc. #89) is **DENIED**.

2. The Clerk is **DIRECTED** to **STRIKE** Defendant's Response in Opposition (Doc. #92) from the Court's Docket.

3. Defendant may file another Response in Opposition to Plaintiff's Motion for Sanctions (Doc. #78) **no later than 9:00a.m. EST on Friday, June 13, 2025.**

   **DONE AND ORDERED** at Fort Myers, Florida, this __11th__ day of June 2025.

                                    _____
                                    JOHN E. STEELE
                                    SENIOR UNITED STATES DISTRICT JUDGE

Copies: Parties of record