UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

F & W LAWN CARE AND LANDSCAPING, INC., AN ILLINOIS CORPORATION;

    Plaintiff,

v.

ROBERT A. COZART,

    Defendant,

Case No. 2:23-cv-549-JES-KCD

## ORDER

This matter was before the Court for oral argument on two discovery motions: Plaintiff's Time-Sensitive Motion to Compel (Doc. 83), and Plaintiff's Motion to Stay and Schedule a Second Rule 16 Conference (Doc. 94.) For the reasons stated on the record, it is **ORDERED**:

Plaintiff's motion to compel is **GRANTED** as to Interrogatory No. 6, Interrogatory No. 12, and Document Request No. 5 with the additional limitations placed on the record. Defendant must provide updated discovery responses within 21 days. The motion is otherwise **DENIED**.

Plaintiff's motion to stay is **GRANTED** insofar as the Court will issue a new scheduling order extending all deadlines by 120 days. The motion is otherwise **DENIED**.

**ENTERED** in Fort Myers, Florida on July 16, 2025.

*[signature]*
Kyle C. Dudek
United States Magistrate Judge